IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
SEP 2 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-30152-SPM |
| | ) | |
| BRANDON LEPPER, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section(s) 2251, 2252A |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### SEXUAL EXPLOITATION OF A CHILD (MV1)

On or about June 20, 2020, in St. Clair County, within the Southern District of Illinois and elsewhere,

**BRANDON LEPPER,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicts Minor Victim 1 in various stages of undress displaying her genitals, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT 2
### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about May 31, 2020, in St. Clair County, within the Southern District of Illinois and elsewhere,

**BRANDON LEPPER,**

defendant herein, knowingly distributed a visual depiction containing child pornography, as

defined in Title 18, United States Code, Section 2256(8)(A), including: a video depicting prepubescent female performing oral sex on an adult male and a video depicting prepubescent female and an adult female performing oral sex on an adult male, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including a computer and electronic device connected to the internet. All in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant **BRANDON LEPPER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred in the paragraph above includes, but is not limited to, the following:

1. An Apple iPhone 7 Serial Number: G28WT1MCHG6W

A TRUE BILL

FOREPERSON

ALEXANDRIA BURNS
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.09.19 22:50:48 -05'00'

STEVEN D. WEINHOEFT
United States Attorney