IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-CR-30152-SPM |
| | ) | |
| BRANDON LEPPER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUPPLEMENTAL INFORMATION FOR DETENTION

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria M. Burns, Assistant United States Attorney, and supplements its oral arguments for detention with the following information:

1. The United States recently learned from Minor Victim 1's father, who is also employed at Fed Ex, that Defendant's job involves evening and over night work hours.

2. While Minor Victim 1's father does not work in the same department as Defendant, there is overlap between the two parties.

3. During Defendant's work hours, minimal other individuals are present in his workspace. Defendant's job specifically entails use of a computer that has unrestricted and unmonitored access to the internet.

4. The United States also provided the above information to pretrial services.

WHEREFORE, the United States of America respectfully requests that this Honorable Court order the Defendant be detained until trial or for whatever other relief may be proper, pursuant to Title 18, United States Code, Section 3142(e).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/ Alexandria M. Burns*
ALEXANDRIA M. BURNS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
E-mail:  Alexandria.Burns@usdoj.gov