IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|         Plaintiff,                              ) | |
|                                                       ) | |
| vs.                                                       ) | Case No: 21-CR-30152-SPM |
|                                                       ) | |
| BRANDON LEPPER,                         ) | |
|         Defendant.                         ) | |

**RESPONSE TO GOVERNMENT'S MOTION TO DETAIN**

Comes now the Defendant, Brandon Lepper, by and through his attorney, The Law Office of Jessica Koester, LLC, and for his Response to the Government's Motion to Detain states the following:

1. The Defendant works at the busiest Federal Express Hub in Metro Area.

2. His shift is responsible for ensuring all the packages are prepared for the morning trucks to go out on delivery.

3. He is responsible for the logistics software and routes the packages to ensure they wind up in the proper location.

4. Mr. Lepper does not have down time during his shift.

5. At this time, counsel for Mr. Lepper has not been able to speak to him about his access to computers and the internet at work.

6. Counsel for Mr. Lepper has, however, attempted to verify the claim by probation that Mr. Lepper's father lives across the street from a school.

7. Counsel drove to the apartment Mr. Lepper has been residing in with his father, and where he would reside should this Court choose to release him, to see the proximity to the St. Boniface School.

8. Though Google lists St. Boniface as two tenths of a mile from the apartment, the school was not visible from the apartment, and only a small part of the church was visible.

9. Counsel took pictures and has attached them to this Response to assist the Court in its decision in this matter.

10. There is an entire row of homes, trees and a street separating the apartment from the school.

11. The use of electronic monitoring along with internet restrictions could sufficiently protect the public from any concerns the government may have of future acting out on Mr. Lepper's part.

    WHEREFORE, the Defendant respectfully requests this Court release him on electronic monitoring, and on any other conditions this Court deems appropriate.

/s/ Jessica J. Koester
JESSICA J. KOESTER
The Law Office of Jessica Koester
100 North Main St, 2nd Fl, Suite 1
Edwardsville, IL 62025
(618) 692-4900
E-mail: jessica@koester-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 21-CR-30152-SPM |
| | ) |
| BRANDON LEPPER, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on 10/07/21, I electronically filed a Response to Government's Motion to Detain with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:
Alexandra Burns
Alexandria.Burns@usdoj.gov


    And I hereby certify that on 10/07/21, I mailed by United States Postal Service, the document to the following non-registered participants: NONE.

/s/ Jessica J. Koester
JESSICA J. KOESTER
The Law Office of Jessica Koester
100 North Main St, 2nd Fl, Suite 1
Edwardsville, IL 62025
(618) 692-4900
E-mail: jessica@koester-law.com